# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:11-CR-315** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **DANIEL W. McKEE** | : | |

## **ORDER**

AND NOW, this 22nd day of August, 2012, upon consideration of Daniel W. McKee's motion to extend voluntary surrender date and time for one day (Doc. 38), it is hereby ORDERED that said motion is GRANTED. Daniel W. McKee shall report to the Federal Medical Center, Devens, Massachusetts, on August 24, 2012, no later than 2:00 p.m.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge